IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02562-BNB

CHARLES LEE KETTERING,

    Plaintiff,

v.

CAPTIAN [sic] SERBO, Kosher Kitchen DWCF,
LIEUTENANT LANE, Kosher Kitchen DWCF,
CO BIRD, Cell House 3 DRDC,
CO ROBERTS, Cell House 3 DRDC,
CO. SCOTT, CELL House 3 DRDC,
LT. CHAVEZ,
LT. SOLOMON, DRDC Hearing Officer, From Writ No Due Process,
LT. MEEHAN, DRDC,
TIFFINY MESTAS,
CASE MANAGER CAMPBELL,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 28 2009

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

Plaintiff, Charles Lee Kettering, alleges that he was paroled on November 20, 2008, and that he resided at what appeared to be a private residence in Fort Collins, Colorado, when he filed *pro se* a civil rights complaint for money damages pursuant to 42 U.S.C. § 1983 (2006) and 28 U.S.C. § 1343(a)(3) (1993). He since has notified the Court that he resides at the Catholic Charities Shelter in Fort Collins. He has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (2006) without payment of an initial partial filing fee.

On December 16, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Kettering to file within thirty days an amended complaint that complied with the pleading

requirements of Rule 8 of the Federal Rules of Civil Procedure and with the format of papers presented for filing outlined in D.C.COLO.LCivR 10.1C. Magistrate Judge Boland warned Mr. Kettering that his failure to file an amended complaint that complied with the directives of the December 16 order within the time allowed would result in the dismissal of the complaint and the instant action. Mr. Kettering has failed within the time allowed to comply with the December 16 order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for the failure of Plaintiff, Charles Lee Kettering, to comply, within the time allowed, with the directives of the December 16, 2008, order for an amended complaint and for his failure to prosecute.

DATED at Denver, Colorado, this 28 day of Jan., 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02562-BNB

Catholic Charities Shelter
c/o Charles Lee Kettering
460 Linden Drive
Fort Collins, CO 80524

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1/28/09

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk